# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 47 MM 2022

            Respondent   :

                  v.   :

JAMES R. CRUZ, JR.,   :

            Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file a Petition for Allowance of Appeal within 15 days.